SANFREY, APPELLANT, *v.* USM CORPORATION, D.B.A. TRUE TEMPER HARDWARE DIVISION, APPELLEE.

[Cite as *Sanfrey v. USM Corp.* (1991), 61 Ohio St.3d 718.]

(No. 91–329—Submitted July 31, 1991—Decided August 27, 1991.)

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy; Lancione Law Offices* and *David Lancione,* for appellant.

*McCaslin, Imbus & McCaslin, Thomas J. Gruber* and *Laura J. Murphy,* for appellee.

This cause is reversed and remanded on authority of *Brady v. Safety–Kleen Corp.* (1991), 61 Ohio St.3d 624, 576 N.E.2d 722.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.